IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 21

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ROBBY LYNN HAWKINS. ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Amend the Bill of Information (#12). This matter was discussed before the Court during the Rule 11 proceeding held in this matter. Counsel for Defendant advised he had no objection to the proposed amendment to the bill of information and Defendant's counsel has now been consulted regarding the written Motion to Amend the Bill of Information and stated he has no objections. It appears good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED**, that the Motion to Amend the Bill of Information (#12) is **ALLOWED** and the Bill of Information shall be amended to delete the words "The Grand Jury Charges" and insert in lieu thereof the words, "The United States Attorney Charges".

Signed: February 24, 2016

_____
Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Defendants.